## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

NATHANIEL Q. WILKINSON                         Case No.: 1-13-05093-RNO
TAMMY L. WILKINSON                              Chapter 13
        Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| PART 1: | MORTGAGE INFORMATION |
|---|---|
| Creditor Name: | OCWEN LOAN SERVICING |
| Court Claim Number: | 11 |
| Last Four of Loan Number: | 3150 |
| Property Address if applicable: | 135 E. PENN STREET, CARLISLE, PA  17013 |

**PART 2:**  **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $14727.95 |
| b. | Prepetition arrearages paid by the Trustee: | $14727.95 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $14,727.95 |

**PART 3:**  **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment:  $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: July 18, 2018                    Respectfully submitted,


                                        <u>s/ Charles J. DeHart, III, Trustee</u>
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA 17036
                                        Phone: (717) 566-6097
                                        Fax: (717) 566-8313
                                        eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

NATHANIEL Q. WILKINSON                     Case No.: 1-13-05093-RNO
TAMMY L. WILKINSON                          Chapter 13
             Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Notice of Final Cure by First Class Mail, unless served electronically, at the below address on July 18, 2018.

NATHANIEL Q. WILKINSON
TAMMY L. WILKINSON
135 E. PENN ST.
CARLISLE, PA  17013

OCWEN LOAN SERVICING, LLC
ATTN:  BANKRUPTCY DEPARTMENT
PO BOX 24605
WEST PALM BEACH, FL,   33416-4605

JOHN M HYAMS ESQUIRE
2023 N 2ND STREET, SUITE 203
HARRISBURG PA,   17102-

Date: July 18, 2018                        s/   Donna Schott
                                           Charles J. DeHart, III, Trustee
                                           Standing Chapter 13 Trustee
                                           Suite A, 8125 Adams Drive
                                           Hummelstown, PA  17036
                                           Phone:  (717) 566-6097
                                           Fax:  (717) 566-8313
                                           eMail:  dehartstaff@pamd13trustee.com