Certificate Number: 06531-PAM-DE-031543957

Bankruptcy Case Number: 13-05093



06531-PAM-DE-031543957

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 29, 2018, at 3:03 o'clock PM CDT, Nathaniel Q Wilkinson completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 29, 2018

By: /s/Stephanie Kjetland

Name: Stephanie Kjetland

Title: Credit Counselor