In re:  
Nathaniel Q. Wilkinson  
Tammy L. Wilkinson  
     Debtors

Case No. 13-05093-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: DDunbar     Page 1 of 1     Date Rcvd: Sep 12, 2018  
                        Form ID: fnldec     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2018.  
db/jdb       +Nathaniel Q. Wilkinson,    Tammy L. Wilkinson,    135 E. Penn St.,    Carlisle, PA 17013-2435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2018 at the address(es) listed below:

        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
        James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com  
        Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, NA As Trustee For Option One Mortgage Loan Trust etal pamb@fedphe.com  
        John Matthew Hyams    on behalf of Debtor 1 Nathaniel Q. Wilkinson jmh@johnhyamslaw.com, acb@johnhyamslaw.com,eah@johnhyamslaw.com  
        John Matthew Hyams    on behalf of Debtor 2 Tammy L. Wilkinson jmh@johnhyamslaw.com, acb@johnhyamslaw.com,eah@johnhyamslaw.com  
        Karina Velter    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com  
        Karina Velter    on behalf of Creditor    CitiBank NA amps@manleydeas.com  
        Karina Velter    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X amps@manleydeas.com  
        Thomas Song    on behalf of Creditor    Wells Fargo Bank, NA As Trustee For Option One Mortgage Loan Trust etal pamb@fedphe.com  
        Thomas Song    on behalf of Creditor    CitiBank, NA as Trustee of NRZ Pass-Through Trust VI pamb@fedphe.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
        William Edward Miller    on behalf of Creditor    Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
        William Edward Miller    on behalf of Creditor    Wells Fargo Bank, N.A., by its attorney in fact Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
        William Edward Miller    on behalf of Creditor    WELLS FARGO BANK, N.A wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                               TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Nathaniel Q. Wilkinson,<br>**Debtor 1**<br>Tammy L. Wilkinson,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:13−bk−05093−RNO |

Social Security No.:
xxx−xx−8697    xxx−xx−4228

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 12, 2018    By the Court,

*/s/ Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

**fnldec** (05/18)